

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| D. BRENT LEMON D/B/A LAW OFFICE OF D. BRENT LEMON, | § § | No. 08-15-00309-CV |
| Appellant, | § | Appeal from |
| v. | § | County Court at Law No. 5 |
| DANIEL HAGOOD, | § | of Dallas County, Texas |
| Appellee. | § § | (TC # CC-11-03989-E) |

## **J U D G M E N T**

This Court has considered this cause on the record and concludes that there was error in the judgment. We therefore reverse the judgment of the court below and render judgment that Appellee take nothing. We further order that the Appellant recover from Appellee all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF JULY, 2017.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating